IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:06CR178 |
| v. | ) ) | |
| MONIQUE S. STEVERSON, | ) ) | ORDER |
| Defendant. | ) ) ) | |

    IT IS ORDERED that, for good cause shown, defendant's Motion to Extend Self-Surrender Date (Filing No. 21) is granted. Defendant is ordered to self-surrender to FCI-Pekin, Illinois, no later than **January 30, 2007, on or before 2:00 p.m.**

    The Clerk's Office is ordered to serve certified copies of this order on the U.S. Marshal's Office.

    DATED this 21st day of December, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge