## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

   vs.

MONIQUE STEVERSON, a/k/a
MONIQUE JENKINS,

                Defendant,

   And

WELLSFARGO,

                Garnishee.

8:06CR178
ORDER GRANTING MOTION TO
TEMPORARILY SEAL

IT IS ORDERED that the Government's Motion, (filing No.26), is granted as follows:

1) The Clerk shall seal the following documents: (1) the current Motion to Temporarily Seal; (2) the Memorandum of Law in Support of the Motion to Temporarily Seal; (3) the Order granting the Motion to Temporarily Seal; (4) the Government's Ex-Parte Application for Writ of Garnishment regarding Wells Fargo;(5) the Order to Issue Writ of Garnishment, (6) the Writ of Garnishment; and; (7) the Clerk's Notice of Post-Judgment Garnishment.

2) The United States is permitted to serve the Writ of Garnishment, Answer of the Garnishee, and the Instructions to the Garnishee in accordance with the notice provision of 28 U.S.C §§3004(c), and 3205(c)(3).

3) After making service, the United States shall file a Notice to lift the seal on this case, and upon lifting the seal, the United States will serve the defendant in accordance with the notice provisions of 28 U.S.C §§ 3004(c), 3202(c), and 3205(c)(3) and file a certificate of service as required under 28 U.S.C. § 3205(c)(3).

DATED this 28th day of October, 2019.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge