IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>MONIQUE STEVERSON, a/k/a<br>MONIQUE JENKINS,<br><br>     Defendant,<br><br>And<br><br>WELLSFARGO,<br><br>     Garnishee. | 8:06CR178 |

**ORDER TO ISSUE WRIT OF GARNISHMENT**

  This matter comes before this Court on the Ex-Parte Application for Writ of Garnishment of the Plaintiff, United States of America, for an Order to Issue the Ex-Parte Writ of Garnishment against Wells Fargo, the garnishee, and for good cause shown,

  IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Garnishment against Wells Fargo, Attn: David Gonzalez, 1919 Douglas Street, Omaha, NE 68102.

  DATED this 28th day of October, 2019.

                 BY THE COURT:

                 s/ Joseph F. Bataillon
                 Senior United States District Judge